# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRAVIS WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Case No. 04-810-MJR-PMF |
| FASIL AHMED, | ) ) |
| Defendant. | ) ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is defendant's motion to dismiss for lack of prosecution (Doc. No. 40). The deadline for plaintiff's response was extended; no opposition is on file.

Plaintiff is proceeding on Count 1, challenging the conditions of his former confinement at Menard Correctional Center. He claims that defendant Ahmed violated his Eighth Amendment right to be free from cruel and unusual punishment between September and October, 2004, by responding with deliberate indifference to plaintiff's serious medical need for treatment of stomach and bladder ailments.

In seeking dismissal for want of prosecution, defendant reports that plaintiff failed to keep the Court and defense counsel appraised of his whereabouts following his release from prison. In July, 2007, plaintiff was reminded of his obligation to notify the Court and opposing counsel of a change in mailing address (Doc. No. 26). At some point, plaintiff was released from prison. He did not promptly notify the Court or defense counsel of his current address. Hence, documents and correspondence addressed to plaintiff at his last known address were returned and efforts to schedule plaintiff's deposition were hampered by the lack of a current address. Recently, plaintiff filed a motion indicating that he was at the Peoria County Jail (Doc. No. 41). Armed with a current

address, plaintiff's deposition was scheduled and completed.

Dismissal for want of prosecution is an extraordinarily harsh sanction that should be used only when there is a clear record of delay or contumacious conduct or less drastic sanctions have been unavailing. *Gabriel v. Hamlin*, 514 F.3d 734, 736 (7th Cir. 2008). While plaintiff's failure to provide his current address contributed to considerable delay, the record does not support dismissal at this time.

IT IS RECOMMENDED that defendant's motion for dismissal for want of prosecution (Doc. No. 40) be DENIED at this time.

**SUBMITTED:  April 10, 2008  .**

*s/Philip M. Frazier*
**PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE**