# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TRAVIS WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-810-MJR-PMF |
| | ) | |
| FAISAL AHMED, M.D. | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Before the Court is plaintiff's "motion to stay enforcement a judgment," which is CONSTRUED as a motion seeking preliminary injunctive relief. Plaintiff Travis Williams is proceeding on a claim against defendant Faisal Ahmed, M.D., pertaining to the conditions of Williams' former prison confinement. Williams is currently detained at the Peoria County Jail. He seeks an order directing jail officials to give him access to second shift law library privileges. He maintains that he cannot participate in this litigation without greater access to legal resources.

In order to establish that he is entitled to a preliminary injunction, Williams must show that he has some likelihood of success on the merits of his claim, that he does not have an adequate remedy at law, and that he will suffer irreparable harm if the injunction is not granted. *Storck USA, L.P. v. Farley Candy Co.*, 14 F.3d 311, 313-314 (7th Cir. 1994). Injunctive relief must be narrowly drawn, extend no further than necessary to correct the harm, and be the least intrusive means necessary to correct the harm. 18 U.S.C. § 3626(a)(2).

Plaintiff's difficulties at the Peoria County Jail were considered when proceedings in this case were stayed for 30 days. The stay has been lifted and plaintiff has been ordered to serve responses to outstanding written discovery. Pending at this time is a summary judgment motion, which is based in large part on plaintiff's deposition testimony. Plaintiff prepared and filed a responsive brief.

The individuals who currently control plaintiff's access to legal resources are not parties to this proceeding. They have not been notified of plaintiff's request and have received no opportunity to respond. The Court is not persuaded that preliminary injunctive relief against a non-party is appropriate under these circumstances.

**IT IS RECOMMENDED** that plaintiff's motion (Doc. No. 52) be DENIED.

**SUBMITTED:**   *May 19, 2008*   .

*s/Philip M. Frazier*
***PHILIP M. FRAZIER***
**UNITED STATES MAGISTRATE JUDGE**